[No. 34443-9-I.   Division One.   February 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
DELANE CROW, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01449-4, Ronald Castleberry, J., entered March 24, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Webster and Becker, JJ.

[No. 34695-4-I.   Division One.   February 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
ESTEPHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-03830-1, Bobbe J. Bridge, J., entered April 28, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34712-8-I.   Division One.   February 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
DEMETRIUS ALMENDREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-02120-8, Bobbe J. Bridge, J., entered May 10, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35202-4-I.   Division One.   February 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LATWUAN
M. WELLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-02145-3, Jack A. Richey, J. Pro Tem., entered August 25, 1994. *Affirmed* by unpublished per curiam opinion.